MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
Bauman Loewe Witt & Maxwell, PLLC.
3650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

TAMRA FERGUSON, ESQ.
(Pro Hac Vice)
Tamra Ferguson
1655 N. Fort Myer Dr., Suite 700
Arlington, VA
Phone: 703-679-8903
Email: tferguson@tfergusonlegal.com

Attorneys for International Institute of Management, LLC

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL INSTITUTE OF MANAGEMENT,<br><br>Plaintiff,<br><br>vs.<br><br>ORGANIZATION FOR ECONOMIC CO-OPERATION AND DEVELOPMENT (OECD),<br><br>AND<br><br>PROFESSOR JOSEPH STIGLITZ<br><br>AND<br><br>JOHN DOE<br><br>Defendants | Case No.: 2:18-cv-01748-JCM-GWF |

**REQUEST TO EXTEND TIME FOR SERVICE OF PROCESS**

Plaintiff International Institute of Management, by and through its counsel, Michael C. Mills, Esq., of Bauman Loewe Witt & Maxwell, PLLC, and Tamra Ferguson, Esq. (pro hac vice), hereby request this Court for an extension of time to effectuate service on the above named Defendant Organization for Economic Co-Operation and

1

3200125V1

Development (hereinafter OECD). Federal Rules of Civil Procedure Rule 6(b)(1) provides that "when an act may or must be done within a specific time, the court may, for good cause shown, extend the time."

Plaintiff has served Defendant Joseph Stiglitz.

Plaintiff has attempted service of this Defendant at the address identified on its web site at OECD Washington Center, 1776 I Street, N.W., Suite 450, Washington D.C. 20006.

Service at that address was refused and Defendant's process server was informed that Defendant does not have an agent for service of process in the United States. Defendant's process server was informed that OECD would need to be served at its headquarters in Paris, France. Plaintiff anticipates that effectuating service of process will be through the Hague Authority process which will take significantly longer than is customary, and accordingly requests this Court extend the deadline for service of process for one hundred twenty days (120).

Dated this 7th day of December 2018.

BAUMAN LOEWE WITT & MAXWELL, PLLC

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

TAMRA FERGUSON, ESQ.
(Pro Hac Vice)
Tamra Ferguson
1655 N. Fort Myer Dr., Suite 700
Arlington, VA
Phone: 703-679-8903
Email: tferguson@tfergusonlegal.com
International Institute of Management, LLC

3200125V1

**ORDER**

The Court having reviewed Plaintiff International Institute of Management's Request to Extend Time for Service of Process, and for good cause appearing:

IT IS ORDERED that Plaintiff shall have an additional one hundred twenty (120) days up to and through April 8, 2019 to effectuate service of process on Defendant OECD in the above captioned matter.

*George Foley Jr.*
_____
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

DATED: 12/11/2018

3200125V1