JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL. 702.893.3383
FAX: 702.893.3789
Josh.Aicklen@lewisbrisbois.com
David.Avakian@lewisbrisbois.com
Attorneys for PROFESSOR JOSEPH
STIGLITZ

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL INSTITUTE OF MANAGEMENT, | CASE NO. 2:18-cv-01748-JCM-GWF |
| Plaintiff, | **STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT [ECF NO. 1]** |
| vs. | **(First Request)** |
| ORGANIZATION FOR ECONOMIC COOPERATION AND DEVELOPMENT (OECD) | |
| AND | |
| PROFESSOR JOSEPH STIGLITZ | |
| AND | |
| JOHN DOE, | |
| Defendants. | |

Plaintiff INTERNATIONAL INSTITUTE OF MANAGEMENT ("Plaintiff") and Defendant PROFESSOR JOSEPH STIGLITZ ("Defendant") by and through their undersigned counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree to extend Defendant's deadline to respond to Plaintiff's Complaint [ECF No. 1] to January 22, 2019. This is the Parties' first extension request.

Pursuant to Fed. R. Civ. P. 6(b)(1) and LR 7-1, good cause exists to grant this extension to respond for the following reasons:

1. On September 10, 2018, Plaintiff filed its Complaint. (ECF No. 1).

2. Plaintiff served the Complaint and Summons on Defendant on November 30, 2018. (ECF No. 11.)

3. Defendant's Response is currently due December 21, 2018.

4. Counsel for Defendant was only recently retained, and requires more time to prepare an appropriate response.

5. By entering into this stipulated extension request, Defendant is not waiving any defenses or motions to bring such defenses, including but not limited to, any motion for lack of personal jurisdiction.

6. The Parties agreed to the extension requested herein.

7. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4840-4704-0898.1                2

1    8.    Therefore, the Parties agree to extend Defendant's deadline to respond to

2  Plaintiff's Complaint to January 22, 2019.

3       DATED this 17th day of December, 2018

4       LEWIS BRISBOIS BISGAARD                BAUMAN LOEWE WITT & MAXWELL,
        & SMITH LLP                            PLLC
5

6

7       /s/ Josh Cole Aicklen                  /s/ Michael C. Mills
        JOSH COLE AICKLEN, ESQ.                MICHAEL C. MILLS, ESQ.
        Nevada Bar No. 007254                  Nevada Bar No. 003534
8       DAVID B. AVAKIAN                       3650 N. Rancho Drive, Suite 114
        Nevada Bar No. 009502                  Las Vegas, NV 89130
9       6385 S. Rainbow Blvd., Suite 600       Attorneys for Plaintiff
        Las Vegas, Nevada 89118                INTERNATIONAL INSTITUTE OF
10      Attorneys for PROFESSOR                MANAGEMENT
        JOSEPH STIGLITZ
11

12

13                                             **IT IS SO ORDERED:**

14

15                                             _George Foley Jr._

16                                             UNITED STATES MAGISTRATE JUDGE

17                                             Dated: ___December 18___, 2018.

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW