MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
Bauman Loewe Witt & Maxwell, PLLC.
3650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

TAMRA FERGUSON, ESQ.
(Pro Hac Vice)
Tamra Ferguson
1655 N. Fort Myer Dr., Suite 700
Arlington, VA
Phone: 703-679-8903
Email: tferguson@tfergusonlegal.com

Attorneys for International Institute of Management, LLC

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL INSTITUTE OF MANAGEMENT,<br><br>Plaintiff,<br><br>vs.<br><br>ORGANIZATION FOR ECONOMIC CO-OPERATION AND DEVELOPMENT (OECD),<br><br>AND<br><br>PROFESSOR JOSEPH STIGLITZ<br><br>AND<br><br>JOHN DOE<br><br>Defendants | Case No.: 2:18-cv-01748-JCM-GWF |

**STIPULATION FOR EXTENSION TO RESPOND TO MOTION TO DISMISS BY PROFESSOR JOSEPH STIGLITZ [ECF NO. 19]**

(First Request)

Plaintiff, International Institute of Management and Defendant's Organization for Economic Cooperation and Development (OECD) and Professor Joseph Stiglitz, by and

1

3230540V1

through their undersigned counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree to extend Plaintiff's deadline to respond to Defendant's Motion to Dismiss the Complaint [ECF No. 19] from February 5, 2019 to February 26, 2019; and Defendant's deadline to submit its Reply to Plaintiff's Response to Defendant's Motion to Dismiss the Complaint to be extended to March 12, 2019. This is the Parties' first extension request.

Dated this 31 day of January 2019

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ David B. Avakian

JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN, ESQ.
Nevada Bar No. 009502
6385 S. Rainbow Blvd, Suite 600
Las Vegas, NV 89118
Phone: 702-893-3383
Fax: 702-893-3789
Email: Josh.Aicklen@lewisbrisbois.com
Email: David.Avakian@lewisbrisbois.com

WILLIAM H. FORMAN, ESQ.
(Pro Hac Vice - Pending)
SCHEPER KIM & HARRIS LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Phone: 213-613-4655
Fax: 213-613-4656
Email: wforman@scheperkim.com
Attorneys for Professor Joseph Stiglitz

Dated this 31 day of January 2019

BAUMAN LOEWE WITT & MAXWELL

/s/ Michael C. Mills

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

TAMRA FERGUSON, ESQ.
(Pro Hac Vice)
Tamra Ferguson
1655 N. Fort Myer Dr., Suite 700
Arlington, VA
Phone: 703-679-8903
Email: tferguson@tfergusonlegal.com
International Institute of Management, LLC

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT COURT JUDGE,

DATED: 2/04/2019

2

3230540V1