MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
Bauman Loewe Witt & Maxwell, PLLC.
3650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

TAMRA FERGUSON, ESQ.
(Pro Hac Vice)
Tamra Ferguson
1655 N. Fort Myer Dr., Suite 700
Arlington, VA
Phone: 703-679-8903
Email: tferguson@fergusonlegal.com

Attorneys for International Institute of Management, LLC

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL INSTITUTE OF MANAGEMENT, | Case No.: 2:18-cv-01748-JCM-GWF |
| Plaintiff, | |
| vs. | |
| ORGANIZATION FOR ECONOMIC CO-OPERATION AND DEVELOPMENT (OECD), | |
| AND | |
| PROFESSOR JOSEPH STIGLITZ | |
| AND | |
| JOHN DOE | |
| Defendants | |

**STIPULATION FOR EXTENSION TO RESPOND TO MOTION TO DISMISS BY ORGANIZATION FOR ECONOMIC CO-OPERATION AND DEVELOPMENT (OECD) [ECF NO. 21]**

**(First Request)**

Plaintiff, International Institute of Management and Defendant's Organization for Economic Cooperation and Development (OECD) and Professor Joseph Stiglitz, by and through their undersigned counsel (collectively the "Parties"), for good cause shown,

3230567V1

hereby stipulate and agree to extend Plaintiff's deadline to respond to Defendant's

Motion to Dismiss the Complaint [ECF No. 21] from February 5, 2019 to February 26,

2019; and Defendant's deadline to submit its Reply to Plaintiff's Response to

Defendant's Motion to Dismiss the Complaint to be extended to March 12, 2019.  This is

the Parties' first extension request.

Dated this 31 day of January 2019          Dated this 31 day of January 2019

GIBSON DUNN & CRUTCHER LLP          BAUMAN LOEWE WITT & MAXWELL

/s/ Joseph Tartakovsky                      /s/ Michael C. Mills

JOSEPH TARTAKOVSKY, ESQ.          MICHAEL C. MILLS, ESQ.
Nevada Bar No. 13796                      Nevada Bar No. 003534
555 Mission Street, Suite 3000          3650 N. Rancho Dr., Ste. 114
San Francisco, CA 94105-0921          Las Vegas, NV 89130
Phone: 415-393-8388                      Phone: (702) 240-6060
Email: jtartakovsky@gibsondunn.com      Fax:  (702) 240-4267
Attorney for Organisation for Economic      Email: mmills@blwmlawfirm.com
Co-operation and Development

                                          TAMRA FERGUSON, ESQ.
TODD E. KENNEDY, ESQ.                      (Pro Hac Vice)
Nevada Bar No. 006014                      Tamra Ferguson
KENNEDY & COUVILLIER                      1655 N. Fort Myer Dr., Suite 700
3271 E. Warm Springs Rd.                  Arlington, VA
Las Vegas, NV 89120                      Phone: 703-679-8903
Phone: 702-608-7931                      Email: tferguson@tfergusonlegal.com
Email: tkennedy@kclawnv.com              International Institute of Management,
Attorney designated for service for      LLC
Joseph Tartakovsky pursuant to Local
Rule 1A 11-1(b)

## IT IS SO ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE,


DATED: 2/04/2019 _____

3230567V1